**626-15**

CCA #    13-11-00442-CR

OFFENSE: Engaging in Organized Criminal Activity

STYLE: DAVID SAMARIPAS JR. v. THE STATE OF TEXAS

COUNTY: Brazos

TRIAL COURT:        272nd District Court
TRIAL COURT #:      07-06200-CRF-272
TRIAL COURT JUDGE:  Judge Travis B. Bryan III
DISPOSITION: Affirmed
DATE:   April 30, 2015
JUSTICE: Gregory T. Perkes         PC ___ S ___
PUBLISH: _____          DNP: _x_____

MOTION FOR REHEARING IS:  N/A
    DATE: April 30, 2015
    JUDGE: Gregory T. Perkes

CLK RECORD: 1
RPT RECORD: 9 vol. & 2 vol exhibits
STATE BR: 1
APP BR: 1

SUPP CLK RECORD _____
SUPP RPT RECORD _____
SUPP BR _____
PRO SE BR _____

# IN THE COURT OF CRIMINAL APPEALS

CCA # **626-15**

------------------

_____PRO SE_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: 10/14/2015

JUDGE: Per Curiam

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____    PC: _____
PUBLISH: _____    DNP: _____

------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____